UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEITH MILLER, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>FLEETCOR TECHNOLOGIES OPERATING, LLC,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:13-CV-2403-SCJ |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan [Doc. No. 35], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the above referenced form, except as herein modified:

The Court hereby **GRANTS** the parties' request for an eight month discovery period, with discovery to conclude on **May 27, 2014.** Barring extraordinary circumstances, no further extension of discovery will be permitted. Any motions for summary judgment or the proposed consolidated pretrial order must be filed on or before **June 26, 2014.** If a motion for summary judgment is filed, the proposed consolidated pretrial order must be filed within 30 days after this Court's ruling thereon. If neither motion(s) for summary judgment nor the proposed pretrial order are timely filed, the Clerk is directed to submit this matter for the Court for consideration.

**IT IS SO ORDERED**, this 2nd day of December, 2013.

                              s/Steve C. Jones
                              STEVE C. JONES
                              UNITED STATES DISTRICT JUDGE