Exhibit B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

---

KEITH MILLER, individually and on behalf                Case No.: 1:13-CV-2403-SCJ
of all other similarly situated individuals,

                           Plaintiffs,

v.

FleetCor Technologies Operating Company, LLC,

                           Defendant.

---

### NOTICE OF PENDING LAWSUIT

---

**TO:   Any individual who worked for Defendant FleetCor Technologies Operating Company, LLC, in Norcross, Georgia, in the position of "Inside Sales Representative" or "Outbound Sales Representative" at any time from December 15, 2010 to August 1, 2013.**

THIS NOTICE AND ITS CONTENT HAS BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION, THE HONORABLE JUDGE STEVE C. JONES.  THE COURT HAS MADE NO DECISION IN THIS CASE ABOUT THE MERITS OF PLAINTIFFS' CLAIMS OR DEFENDANT'S DEFENSES.

### INTRODUCTION

       The purpose of this notice is to inform you that an overtime lawsuit exists that you may join, to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for participating in this lawsuit, should you choose to do so.

       On July 18, 2013, an action was filed against Defendant, FleetCor Technologies Operating Company, LLC ("FleetCor"), on behalf of the named Plaintiff, Keith Miller, and "similarly situated" individuals who worked for FleetCor in Norcross, Georgia, as "Inside Sales Representatives" or "Outbound Sales Representatives" during the past three years.  Specifically, the action alleges that these individuals are owed overtime compensation under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207, for the overtime hours they worked.

       FleetCor is the defendant in this action and denies the allegations in the Plaintiff's complaint.  It is FleetCor's position that its sales representatives received all compensation owed

1

to them.  FleetCor also claims that it at all times acted in good faith and that it did not violate the FLSA.

## YOUR RIGHT TO JOIN THIS CASE

The United States District Court for Northern District of Georgia has authorized that this notice be sent to all persons who have potential claims, specifically all current and former Inside Sales Representatives and Outbound Sales Representatives who worked for FleetCor at any time from December 15, 2010 to August 1, 2013.

If you fit the definition above, you are eligible to participate in the lawsuit.

You may join the lawsuit by mailing, emailing, or faxing the enclosed Plaintiff Consent Form to Plaintiffs' Counsel for filing with the Court:

**Nichols Kaster, PLLP**
**Attn.: Rachhana T. Srey**
**4600 IDS Center, 80 South Eighth Street**
**Minneapolis, Minnesota 55402**
**Toll-Free Telephone: (877) 448-0492 (no faxes to this number)**
**Fax: (612) 215-6870**
**Email: forms@nka.com**

The Plaintiff Consent Form must be <u>postmarked</u> on or before [DATE - 60 days from mailing] in order for you to participate.  You are eligible to join this case even if you received a salary.

## EFFECT OF JOINING THIS CASE

If you choose to join this lawsuit, your interests will be represented by Plaintiffs' Counsel, Nichols Kaster, PLLP.  You also designate Plaintiffs' Counsel to make decisions regarding the course of the lawsuit and any settlement discussions in connection with this lawsuit.  Unless you later withdraw or the Court later determines that you and the other employee who join this case are not "similarly situated," you will be bound by any ruling or judgment by the Court, whether favorable or unfavorable.  If you choose to join this case, you might be required to provide information or otherwise participate in the litigation.

Plaintiffs' Counsel has taken this case on a contingency fee basis.  This means that they will only be paid if there is a monetary recovery through a settlement, judgment, or jury award in your favor.  If there is a recovery, Plaintiffs' Counsel will receive a part of any money judgment or settlement obtained in your favor.  You will not have to pay Plaintiffs' Counsel out of your own pocket.  The details will be fully outlined in a separate fee agreement with Plaintiffs' Counsel that will be sent to you if you decide to join this case.

## STATUTE OF LIMITATIONS

The FLSA has a maximum statute of limitations of three years.  If you choose to join this lawsuit, or choose to bring your own action, you may be able to recover money damages if you were improperly denied overtime compensation during weeks where you worked over 40 hours within three years of the date prior to the date you file your "Opt-In Plaintiff Consent Form."  If you choose not to join in this action, or file your own action, some or all of your potential claims may later be barred by the statute of limitations.

| NO RETALIATION PERMITTED |
|---|

**Federal law prohibits retaliation against employees for exercising their rights under the FLSA.  Therefore, FleetCor is prohibited from firing you or retaliating against you in any other manner because you choose to participate in this lawsuit**.

---

**FLEETCOR TECHNOLOGIES OPERATING COMPANY, LLC**
**PLAINTIFF CONSENT FORM**

---

1.      I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, FleetCor Technologies Operating Company, LLC ("FleetCor), to recover overtime pay.

2.      During the past three years, there were occasions when I worked over 40 hours per week as an inside sales representative or outbound sales representative for FleetCor, and did not receive proper compensation for all of my hours worked, including overtime pay.

3.      I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: _____         _____
                                     Signature

                                     _____
                                     Print Name

---

**No Information Included Below Will Be Filed With the Court**

**Please Print or Type Your Contact Information**


Address: _____
              Number                   City              State             Zip
Code


Best Phone Number: _____


Email: _____

**Return this form by**        **Nichols Kaster, PLLP, Attn: Rachhana T. Srey**
**fax, email or mail to:**     **Fax: (612) 215-6870**
                               **Email: forms@nka.com**
                               **Address: 4600 IDS Center, 80 S. 8th St.**
                               **Minneapolis, MN 55402**
                               **Web:  www.nka.com**


THIS PLAINTIFF CONSENT FORM MUST BE RETURNED OR POSTMARKED ON OR BEFORE [DATE], IN ORDER TO PARTICIPATE IN THE LAWSUIT.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

---

KEITH MILLER, individually and on behalf
of all other similarly situated individuals,

                Plaintiffs,

v.

FleetCor Technologies Operating Company, LLC,

                Defendant.

Case No.: 1:13-CV-2403-SCJ

---

**NOTICE OF PENDING LAWSUIT**

---

**TO:    Any individual who worked for Defendant FleetCor Technologies Operating Company, LLC, in Norcross, Georgia, in the position of "Inside Sales Representative" or "Outbound Sales Representative" at any time from December 15, 2010 to August 1, 2013.**

THIS NOTICE AND ITS CONTENT HAS BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION, THE HONORABLE JUDGE STEVE C. JONES.  THE COURT HAS MADE NO DECISION IN THIS CASE ABOUT THE MERITS OF PLAINTIFFS' CLAIMS OR DEFENDANT'S DEFENSES.

## INTRODUCTION

       The purpose of this notice is to inform you that an overtime lawsuit exists that you may join, to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for participating in this lawsuit, should you choose to do so.

       On July 18, 2013, an action was filed against Defendant, FleetCor Technologies Operating Company, LLC ("FleetCor"), on behalf of the named Plaintiff, Keith Miller, and "similarly situated" individuals who worked for FleetCor in Norcross, Georgia, as "Inside Sales Representatives" or "Outbound Sales Representatives" during the past three years.  Specifically, the action alleges that these individuals are owed overtime compensation under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207, for the overtime hours they worked.

       FleetCor is the defendant in this action and denies the allegations in the Plaintiff's complaint.  It is FleetCor's position that its sales representatives received all compensation owed

to them.  FleetCor also claims that it at all times acted in good faith and that it did not violate the FLSA.  ~~and maintains that these individuals were properly paid in accordance with federal law and that its sales representatives are not "similarly situated."~~

## YOUR RIGHT TO JOIN THIS CASE

The United States District Court for Northern District of Georgia has authorized that this notice be sent to all persons who have potential claims, specifically all current and former Inside Sales Representatives and Outbound Sales Representatives who worked for FleetCor at any time from December 15, 2010 to August 1, 2013.

If you fit the definition above, you are eligible to participate in the lawsuit.

You may join the lawsuit by mailing, emailing, or faxing the enclosed Plaintiff Consent Form to Plaintiffs' Counsel for filing with the Court:

> **Nichols Kaster, PLLP**
> **Attn.: Rachhana T. Srey**
> **4600 IDS Center, 80 South Eighth Street**
> **Minneapolis, Minnesota 55402**
> **Toll-Free Telephone: (877) 448-0492 (no faxes to this number)**
> **Fax: (612) 215-6870**
> **Email: forms@nka.com**

The Plaintiff Consent Form must be <u>postmarked</u> on or before [DATE - 60 days from mailing] in order for you to participate.  You are eligible to join this case even if you received a salary.

## EFFECT OF JOINING THIS CASE

If you choose to join this lawsuit, your interests will be represented by Plaintiffs' Counsel, Nichols Kaster, PLLP.  You also designate Plaintiffs' Counsel to make decisions regarding the course of the lawsuit and any settlement discussions in connection with this lawsuit.  Unless you later withdraw or the Court later determines that you and the other employee who join this case are not "similarly situated," you will be bound by any ruling or judgment by the Court, whether favorable or unfavorable.  If you choose to join this case, you might be required to provide information or otherwise participate in the litigation.

Plaintiffs' Counsel has taken this case on a contingency fee basis.  This means that they will only be paid if there is a monetary recovery through a settlement, judgment, or jury award in your favor.  If there is a recovery, Plaintiffs' Counsel will receive a part of any money judgment or settlement obtained in your favor.  You will not have to pay Plaintiffs' Counsel out of your own pocket.  The details will be fully outlined in a separate fee agreement with Plaintiffs' Counsel that will be sent to you if you decide to join this case.

## STATUTE OF LIMITATIONS

The FLSA has a maximum statute of limitations of three years.  If you choose to join this lawsuit, or choose to bring your own action, you may be able to recover money damages if you were improperly denied overtime compensation during weeks where you worked over 40 hours within three years of the date prior to the date you file your "Opt-In Plaintiff Consent Form."  If you choose not to join in this action, or file your own action, some or all of your potential claims may later be barred by the statute of limitations.

## NO RETALIATION PERMITTED

**Federal law prohibits retaliation against employees for exercising their rights under the FLSA.  Therefore, FleetCor is prohibited from firing you or retaliating against you in any other manner because you choose to participate in this lawsuit.**

THIS NOTICE AND ITS CONTENT HAS BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION, THE HONORABLE JUDGE STEVE C. JONES.   THE COURT HAS MADE NO DECISION IN THIS CASE ABOUT THE MERITS OF PLAINTIFFS' CLAIMS OR DEFENDANT'S DEFENSES.

3

---

## FLEETCOR TECHNOLOGIES OPERATING COMPANY, LLC
## PLAINTIFF CONSENT FORM

---

1.     I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, FleetCor Technologies Operating Company, LLC ("FleetCor), to recover overtime pay.

2.     During the past three years, there were occasions when I worked over 40 hours per week as an inside sales representative or outbound sales representative for FleetCor, and did not receive proper compensation for all of my hours worked, including overtime pay.

3.     I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: _____        _____
                                   Signature

                                   _____
                                   Print Name

---

### No Information Included Below Will Be Filed With the Court
### Please Print or Type Your Contact Information

Address: _____
                Number                  City              State           Zip
Code

Best Phone Number: _____

Email: _____

**Return this form by**        **Nichols Kaster, PLLP, Attn: Rachhana T. Srey**
**fax, email or mail to:**     **Fax: (612) 215-6870**
                               **Email: forms@nka.com**
                               **Address: 4600 IDS Center, 80 S. 8th St.**
                               **Minneapolis, MN 55402**
                               **Web:  www.nka.com**

THIS PLAINTIFF CONSENT FORM MUST BE RETURNED OR POSTMARKED ON OR BEFORE [DATE], IN ORDER TO PARTICIPATE IN THE LAWSUIT.