IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEITH MILLER, individually and on behalf of all other similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> FLEETCOR TECHNOLOGIES OPERATING COMPANY, LLC, <br><br> Defendant. | § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 1:13-cv-2403-SCJ |

## JOINT STATUS REPORT AND REQUEST FOR ENTRY OF AN AMENDED SCHEDULING ORDER

Pursuant to the Court's Order dated May 28, 2014 (Doc. No. 99), Plaintiff Keith Miller ("Plaintiff") and Defendant FleetCor Technologies Operating Company, LLC ("FleetCor") hereby provide the Court with this Joint Status Report and Request for Entry of an Amended Scheduling Order. The parties state as follows:

1.

This is a collective action filed by Plaintiff pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA").

2.

On September 27, 2013, the parties filed a Joint Preliminary Report and Discovery Plan (Doc. No. 35).  At the time of filing the Case Management Report, 29 plaintiffs had opted into this action.  On December 2, 2013, the Court entered an order setting a discovery deadline of May 27, 2014, and a summary judgment deadline of June 26, 2014 (Doc. No. 45).

3.

Subsequently, on December 20, 2013, the parties stipulated to conditional certification of the collective action (Doc. No. 49).  On April 8, 2014, the Court entered an order authorizing Plaintiff to issue notice of the action to a putative class of 220 current and former employees (Doc. No. 85).  The Court set a 60-day opt-in period for putative class members to opt into this action ("opt-in period"), which expired on July 1, 2014 (*Id.*).

4.

On May 27, 2014, the parties filed a Joint Motion for Extension of Time to Complete Discovery and Derivative Deadlines (Doc. No. 97).  On May 28, 2014, the Court granted the motion and entered an order requiring the parties to submit a status report and proposed discovery schedule within 14 days after the close of the opt-in period (Doc. No. 99).

5.

The opt-in period has closed and 79 plaintiffs opted into this action.

6.

Given the discovery needed by the parties, the parties respectfully and jointly request that the Court provide them with an additional amount of time for discovery. The parties disagree on the amount of time needed.

Plaintiff requests that the Court provide the parties with four months of discovery, setting the discovery deadline for November 14, 2014. Plaintiff further requests that the Court extend the deadline for filing a summary judgment motion or a consolidated pretrial order to December 15, 2014.

Defendant requests that the Court provide the parties with nine months of discovery, setting the discovery deadline for April 15, 2015. Defendant further requests that the Court extend the deadline for filing a summary judgment motion or a consolidated pretrial order to May 15, 2015.

7.

Matters impacting the efficient resolution of cases before the Court, including the extension of various deadlines, fall with the Court's inherent and discretionary authority. *See* Fed. R. Civ. P. 6(b). This request is made in good faith, and not for the purposes of vexation or delay and will not prejudice any party

- 4 -

to this lawsuit. The amended case management schedule requested by the parties will promote "the just, speedy, and inexpensive determination" of this action. Fed. R. Civ. P. 1.

A proposed order is enclosed for the Court's convenience.

Respectfully submitted, this 15 day of July, 2014.

| | |
|---|---|
| **NICHOLS KASTER, PLLP** | /s/ Rachhana T. Srey<br>Rachhana T. Srey, MN Bar No. 340133<br>*srey@nka.com*<br>Tim C. Selander, MN Bar No. 0387016<br>*selander@nka.com*<br>(Admitted pro hac vice)<br>4600 IDS Center, 80 South 8th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 256-3200<br><br>Counsel for Plaintiffs |
| **AUSTIN & SPARKS, PC** | /s/John T. Sparks<br>John Thomas Sparks, Sr.<br>2974 Lookout Place, Northeast, Suite 200<br>Atlanta, GA 30305<br>Telephone: (404) 869-0100<br><br>Local Counsel for Plaintiffs |

- 5 -

| | |
|---|---|
| **PHELPS DUNBAR LLP** | /s/ Dennis M. McClelland_____ |
| II City Plaza | Susan W. Furr |
| 400 Convention Street | Louisiana Bar No. 19582 |
| Suite 1100 | *susie.furr@phelps.com* |
| Post Office Box 4412 | Brandi B. Cole |
| Baton Rouge, Louisiana 70802 | Louisiana Bar No. 32396 |
| Telephone: (225) 346-0285 | *brandi.cole@phelps.com* |
| Facsimile: (225) 381-9197 | (admitted *pro hac vice*) |
| | |
| **PHELPS DUNBAR LLP** | Dennis M. McClelland |
| 100 South Ashley Drive | Florida Bar no. 0091758 |
| Suite 1900 | *dennis.mcclelland@phelps.com* |
| Tampa, Florida 33602 | (admitted *pro hac vice*) |
| Telephone: (813) 472-7550 | |
| Facsimile: (813) 472-7570 | Counsel for Defendant |
| | |
| **POLSINELLI PC** | /s/ James J. Swartz_____ |
| 1355 Peachtree Street, N.E. | James J. Swartz, Jr. |
| Suite 500 | Georgia Bar No. 694319 |
| Atlanta, Georgia 30309-3232 | *JSwartz@Polsinelli.com* |
| Telephone: (404) 253-6000 | Teeka K. Harrison |
| Facsimile: (404) 253-6060 | Georgia Bar No. 543115 |
| | *THarrison@Polsinelli.com* |
| | |
| | Local Counsel for Defendant |

- 6 -

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that, pursuant to Local Rule 7.1D, the foregoing motion has been prepared in Times New Roman, 14-point font, in conformance with Local Rule 5.1C.

/s/ Rachhana T. Srey_____<br>
Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KEITH MILLER, individually and on behalf of all other similarly situated individuals,** ) ) ) ) | |
| **Plaintiff,** ) ) | **CIVIL ACTION NO.** **1:13-CV-2403-SCJ** |
| **v.** ) ) | |
| **FLEETCOR TECHNOLOGIES OPERATING COMPANY, LLC,** ) ) | |
| **Defendant.** | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notice to the following counsel of record:

| | |
|---|---|
| Dennis McClelland | James Swartz |
| Susan W. Furr | **POLSINELLI PC** |
| **PHELPS DUNBAR LLP** | 1355 Peachtree Street, N.E. |
| 100 South Ashley Drive | Suite 500 |
| Suite 1900 | Atlanta, Georgia 30309-3232 |
| Tampa, Florida 33602 | Telephone: (404) 253-6000 |
| Telephone: (813) 472-7550 | Facsimile: (404) 253-6060 |
| Facsimile: (813) 472-7570 | |

/s/ Rachhana T. Srey
Counsel for Plaintiffs

PD.11795127.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KEITH MILLER, individually and on behalf of all other similarly situated individuals,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FLEETCOR TECHNOLOGIES OPERATING COMPANY, LLC,**<br><br>**Defendant.** | **CIVIL ACTION NO. 1:13-cv-2403-SCJ** |

## AMENDED SCHEDULING ORDER

Upon review of the information contained in the Joint Status Report and Request of Entry of Amended Scheduling Order (Doc. No. __), the Court orders that the Scheduling Order (Doc. No. 45) be amended as follows:

The Court hereby **GRANTS** the parties' request to extend the discovery period for an additional ____ months, with discovery to conclude on _____. Barring extraordinary circumstances, no further extension of discovery will be permitted. Any motions for summary judgment or the proposed consolidated pretrial order must be filed on or before _____. If a motion for summary judgment is filed, the proposed consolidated pretrial order must be filed within 30 days after this Court's ruling thereon. If neither motion(s) for summary judgment nor the proposed pretrial order are timely filed, the Clerk is directed to submit this matter to the Court for consideration.

- 9 -

IT IS SO ORDERED, this _____ day of July, 2014.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE

PD.11795127.1