IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEITH MILLER, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | CIVIL ACTION FILE |
| v. | No. 1:13-CV-02403-SCJ |
| FLEETCOR TECHNOLOGIES OPERATING COMPANY, LLC., | |
| Defendant. | |

## ORDER

This collective action is before the Court on the Parties' Joint Status Report and Request for Entry of an Amended Scheduling Order [Doc. No. 115].

The Court has previously entered an Order approving conditional certification of a putative class in this matter, which established procedures for providing notice to potential opt-in members [Doc. No. 85]. The Parties observe that the opt-in period set forth in that Order expired on July 1, 2014 [Doc. No. 115 at ¶3]. According to the Parties, 79 plaintiffs have now opted into the case [*Id.* at ¶5].

The Parties agree that more discovery is required, but disagree upon how much. Plaintiff requests an additional four months of discovery, with a deadline of November 14, 2014, and also requests a December 15, 2014 deadline for filing

1

motions for summary judgment or a consolidated pretrial order [Doc. No. 115 at ¶6]. Defendant requests an additional nine months of discovery, with a deadline of April 15, 2015, and also requests a May 15, 2015 deadline for filing motions for summary judgment or a consolidated pretrial order [*Id.* at ¶6].

The Court having considered the matter, the Parties' Request for Entry of an Amended Scheduling Order [Doc. No. 115] is hereby **GRANTED IN PART**, as follows:

1. The Parties will have until October 17, 2014 to conduct additional discovery in this case.

2. Any motion to decertify the putative class must be filed on or before November 17, 2014. If a motion to decertify is filed, the Court will allow the Parties to submit a status report with proposed revised scheduling deadlines (including deadlines for additional discovery, if necessary) following the Court's ruling on the motion to decertify.

3. If no motion to decertify the putative class has been filed by November 17, 2014, the Parties are to submit a status report with proposed revised scheduling deadlines (including deadlines for additional discovery, if necessary) by November 24, 2014.

IT IS SO ORDERED, this 16th day of July, 2014.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE