IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEITH MILLER, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>FLEETCOR TECHNOLOGIES OPERATING COMPANY, LLC,<br><br>Defendant. | §§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 1:13-cv-2403-SCJ |

## DEFENDANT'S MOTION FOR DECERTIFICATION

Defendant FleetCor Technologies Operating Company, LLC ("FleetCor") moves this Court for an order decertifying the conditionally-certified collective action. In support of this motion, FleetCor states as follows:

1.

Plaintiff Keith Miller brings this conditionally-certified collective action on behalf of himself and 78 opt-in Plaintiffs to adjudicate their alleged unpaid overtime claims under the FLSA in a single proceeding.

2.

As set forth more fully in FleetCor's supporting memorandum, this action must be decertified because (1) the factual and employment settings of Plaintiffs

PD.14474033.1

are significantly different; (2) there are numerous and varied defenses that are fact-based and individual to each Plaintiff; and (3) any collective action would be inherently unfair and unjust. *Anderson v. Cagle's, Inc.*, 488 F.3d 945, 953 (11th Cir. 2007). Numerous individualized inquiries permeate Plaintiffs' claims and FleetCor's defenses to such claims, which inquiries preclude liability and damages from being determined on a class-wide basis. If maintained as a collective action, this case will inevitably degenerate into an unmanageable multitude of mini-trials over each Plaintiff's particular claim, which is the antithesis of a collective action.

3.

FleetCor submits the following evidence in support of this motion:

Exhibit 1 – Declaration of Paul Citarella;

Exhibit 2 – Declaration of Kimberley Coleman;

Exhibit 3 – Declaration of Lester Rivera;

Exhibit 4 – Relevant excerpts from Paul Citarella's deposition;

Exhibit 5 – Relevant excerpts from Keith Miller's deposition;

Exhibit 6 – Relevant excerpts from Tisha Green's deposition;

Exhibit 7 – Select Plaintiffs' Interrogatory responses; and

Exhibit 8 – CM/ECF Bankruptcy Docket Printouts.

Citations to the depositions will be by the name of deponent and the page or exhibit number (*e.g.*, "Miller \_\_\_\_" or "Miller Exh. \_\_\_\_"). Citations to the declarations will be by the witness's name and paragraph number (*e.g.*, "Citarella Decl. ¶ \_\_\_"). Finally, citations to the Interrogatory responses will be by the in globo exhibit and page number (*e.g.*, "Exh. 8, p. \_\_).

WHEREFORE, defendant FleetCor Technologies Operating Company, LLC respectfully prays that this motion be granted and the conditionally-certified collective action be decertified.

Respectfully submitted this 15th day of December, 2014.

| | |
|---|---|
| **PHELPS DUNBAR LLP** <br> II City Plaza <br> 400 Convention Street <br> Suite 1100 <br> Post Office Box 4412 <br> Baton Rouge, Louisiana  70802 <br> Telephone: (225) 346-0285 <br> Facsimile: (225) 381-9197 | /s/ Susan W. Furr<br>Susan W. Furr <br> Louisiana Bar No. 19582 <br> *susie.furr@phelps.com* <br> Jessica C. Huffman <br> Louisiana Bar No. 30445 <br> *huffmanj@phelps.com* <br> (admitted *pro hac vice*) |
| **PHELPS DUNBAR LLP** <br> 100 South Ashley Drive <br> Suite 1900 <br> Tampa, Florida  33602 <br> Telephone: (813) 472-7550 <br> Facsimile: (813) 472-7570 | Dennis M. McClelland <br> Florida Bar no. 0091758 <br> *dennis.mcclelland@phelps.com* <br> (admitted *pro hac vice*) <br><br> Counsel for Defendant |
| **POLSINELLI PC** <br> 1355 Peachtree Street, N.E. | James J. Swartz, Jr. <br> Georgia Bar No. 694319 |

Suite 500
Atlanta, Georgia 30309-3232
Telephone: (404) 253-6000
Facsimile: (404) 253-6060

*JSwartz@Polsinelli.com*
Teeka K. Harrison
Georgia Bar No. 543115
*THarrison@Polsinelli.com*

Local Counsel for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEITH MILLER, individually and on behalf of all other similarly situated individuals<br><br>Plaintiff,<br><br>v.<br><br>FLEETCOR TECHNOLOGIES OPERATING COMPANY, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: **1:13-CV-**<br>) **2403-SCJ**<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2014, I electronically filed the foregoing Defendant's Motion for Decertification with the Clerk of Court using the CM/ECF system, which will send electronic notice to the following counsel of record:

John Thomas Sparks, Sr.
Austin & Sparks, P.C.
2974 Lookout Place, N.E., Suite 200
Atlanta, GA 30305-3272
404-869-0100
Fax: 404-869-0200

Rachhana T. Srey
Tim Selander
Nichols Kaster, PLLP-MN
80 South 8th Street
4600 IDS Center
Minneapolis, MN 55402
612-256-3200
Fax: (612) 215-6870

*s*/Susan W. Furr
Counsel for Defendant

- 5 -

PD.14474033.1